```
SQUIRE, SANDERS & DEMPSEY L.L.P.
Michael E. Sobel, Esq. (State Bar No. 121913)
Aaron Wininger, Esq. (State Bar No. 191302)
Daniel B. Pollack, Esq. (State Bar No. 221176)
600 Hansen Way
Palo Alto, CA  94304-1043
Telephone:  (650) 856-6500
Facsimile:   (650) 843-8777

Attorneys for Plaintiff
NATIONAL ENERGY TECHNOLOGY CO., LTD.


KORDA, JOHNSON & WALL LLP
J. Joseph Wall, Jr. (State Bar No. 120760)
66 E. Santa Clara Street, Suite 250
San Jose, CA  95113
Telephone:  (408) 494-0700
Facsimile:   (408) 494-0707

Attorneys for Defendants
APOGEE TECHNOLOGIES, INC.,
PINNACLE RESEARCH INSTITUTE, INC.,
and K.C. TSAI
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/4/05*

| | |
|---|---|
| NATIONAL ENERGY TECHNOLOGY CO., LTD.,<br><br>　　　　Plaintiff,<br>vs.<br><br>APOGEE TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. C 03-05807 RMW (PVT)<br><br>STIPULATION OF DISMISSAL, WITHOUT PREJUDICE (Fed. R. Civ. P. 41(a)(1))<br><br>AND ORDER |
| NATIONAL ENERGY TECHNOLOGY CO., LTD.,<br><br>　　　　Plaintiff,<br>vs.<br><br>PINNACLE RESEARCH INSTITUTE, INC. and K.C. TSAI,<br><br>　　　　Defendants. | Case No. C 03-05714 RMW (PVT) |

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION OF DISMISSAL, WITHOUT PREJUDICE (Fed. R. Civ. P. 41(a)(1))                                   1.

Case No. C 03-05807 RMW (PVT); Case No. C 03-05714 RMW (PVT)

1  WHEREAS, the parties to these lawsuits have been able to resolve their disputes pursuant
2  to a settlement agreement and related agreements, and
3  WHEREAS, the fulfillment of the parties' settlement will take place over time,
4  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), IT IS HEREBY
5  STIPULATED AND AGREED by and between the parties to these lawsuits through their
6  respective undersigned attorneys that the above-captioned lawsuits and each of the claims in them
7  are dismissed without prejudice, subject to this Court's retention of ongoing jurisdiction over the
8  lawsuits for the purpose of the fulfillment of the parties' settlement obligations and complete
9  settlement of their disputes.

Respectfully submitted,

Dated: July 5, 2005

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ Michael E. Sobel
Michael E. Sobel

Attorneys for Plaintiff
NATIONAL ENERGY TECHNOLOGY CO., LTD.

Dated: July 5, 2005

KORDA, JOHNSON & WALL

By: /s/ Joe Wall
J. Joseph Wall, Jr.

Attorneys for Defendants
APOGEE TECHNOLOGIES, INC.,
PINNACLE RESEARCH INSTITUTE, INC.
and K.C. TSAI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2005

/S/ RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION OF DISMISSAL, WITHOUT PREJUDICE (Fed. R. Civ. P. 41(a)(1))   2.

Case No. C 03-05807 RMW (PVT); Case No. C 03-05714 RMW (PVT)